UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action, File Number _____

Ron Waterman,           )
    Plaintiff,          )
                        )
    v.                  )    AFFIDAVIT
                        )
Guzel Bagaveeva,        )
Ruslan Bagaveev,        )    09 CA 10290 NMG
Fanil Fatihov,          )
    Defendants.         )

FILED
IN CLERKS OFFICE

2009 FEB 20  A 11: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

Plaintiff Ron Waterman declares and affirms that the facts contained in the within Complaint submitted by Ron Waterman and signed in February 2009 are true and correct, that the quotations of case law are accurate, and that any argument or conclusion is warranted by substantial evidence. Signed under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746. Done this 13 day of February, 2009 at Aberdeen, Washington.

Ron Waterman, plaintiff pro se
DOC # 303391
Stafford Creek Correction Center
H-4  B-48
191 Constantine Way
Aberdeen, WA  98520
Tel. 360-537-1800

