# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Ron Waterman,
      Plaintiff

V.

Bagaveeva, et al.,
      Defendant

CIVIL ACTION

NO.  09-10290

## ORDER OF DISMISSAL

Gorton,   D. J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

10/5/10                          /s/Craig J. Nicewicz
Date                                Deputy Clerk